UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Barry Allen Jensen,                    Case No. 22-41904

Debtor(s).

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Timothy Tonga, attorney at law, hereby withdraws and substitutes Margaret Henehan, Kain+ Henehan LLC, to the above referenced case.

_/s/ Timothy P. Tonga_
Timothy Tonga-#0400275
Kain + Henehan LLC
703 West St Germain St
St. Cloud, MN 56301
(651) 438-7739
timothy@kainhenehan.com

_/s/_
Margaret R. Henehan-#0395419
Kain + Henehan LLC
703 West St Germain St
St. Cloud, MN 56301
(651) 438-7739
margaret@kainhenehan.com

I, Barry Allen Jensen, agree to the above substitution of counsel.

Barry Jensen (Aug 1, 2023 14:24 CDT)
Barry Allen Jensen, Debtor

Aug 1, 2023
Date